IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket No. 2:15-cv-01582-MBC |
| ) | |
| Plaintiff ) | The Honorable Maurice B. Cohill |
| ) | |
| vs. ) | |
| ) | |
| DIXIE L. WEAVER a/k/a DIXIE L. ) | |
| BAKER and WILLIAM A. WEAVER, ) | |
| ) | |
| Defendants ) | |

## JUDGMENT

AND NOW, to wit, this _12th_ day of July, 2016, after presentation and consideration of the foregoing Motion for Default and Default Judgment in Mortgage Foreclosure as to Defendant, heretofore filed by Plaintiff, the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that default is hereby entered against Defendant for failure to answer and judgment in mortgage foreclosure and an in personam judgment are entered against the Defendant as follows:

| | |
|---|---:|
| (a) Principal and advances | $103,972.29 |
| (b) Interest through 1/10/14 | 9,443.03 |
| (c) Total administrative charges due | 16,276.78 |
| (d) Attorney's fees | 1,800.00 |
| (e) Costs | to be added |
| (f) Penalty | 451.41 |
| Total due | $131,943.51 |

together with interest at 6.375% per annum to the date of judgment, plus interest from the date of judgment at the legal rate, reasonable attorney's fees and collection costs.

It is further ORDERED that the subject property hereby shall be and is exposed for sale for the purpose of satisfying Plaintiff's judgment.

5

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

*Maurice B. Cohill, Jr.*
United States District Judge